Girolamo Oliviere, Respondent, v. Joseph Nicotera, Appellant.— Judgment and order affirmed, with costs. All concurred.

David S. Wright, Respondent, v. Herman J. Westwood, as Trustee, etc., of the Gleason Grape Juice Company, Bankrupt, Impleaded with the Gleason Grape Juice Company, and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Thaddeus W. Collins, as Administrator with the Will Annexed, etc., of George C. Strang, Deceased, Appellant, v. Harry F. Zimmerlin and Charles G. Zimmerlin, Respondents.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of William H. Hotchkiss, as State Superintendent of Insurance, etc., to Take Possession of the Property, etc., of the People's Mutual Life Insurance Association and League, etc. In the Matter of the Application of William H. Hotchkiss, as State Superintendent of Insurance, etc., to Liquidate the Business of the People's Mutual Life Insurance Association and League, etc.— It appearing that the justices qualified to sit in these appeals are equally divided and unable to render a decision herein, said appeals are ordered transferred to the Appellate Division in and for the Third Judicial Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure. Spring, J., not sitting.

Mary C. Hawkes, Respondent, v. Charles F. Warren and Others, Appellants.— Motion to dismiss appeal denied, without costs, with leave to renew in case defendants fail to perfect their appeal, as provided by rule 41,* and be ready to argue same at opening of May, 1910, term.

Elizabeth Lehde and John Lehde, Respondents, v. Louisa Boerger, Individually and as Administratrix with the Will Annexed of Henry Lehde, Deceased, Appellant.— Judgment and order affirmed, with costs and disbursements to respondent payable out of the estate. All concurred.

Mary Munch, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Meyer Serling, Respondent, v. Harry Serling and Charles Serling, Appellants. — Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, upon the ground that Israel Serling was not a superintendent nor exercising acts of superintendence at the time of the accident.

Albert Casady, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

James R. Tyler, Respondent, v. Elias F. Pulver, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented, upon the ground that the evidence relating to the bond and mortgage was improperly stricken out, and that the case should have been submitted to the jury.

Oliver Watson, as Receiver of the Fulton Telephone Company, Appellant, v. Victoria Paper Mills Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frank M. Calkins, Respondent, v. Mattie R. Calkins, as Executrix, etc., of Rufus P. Calkins, Deceased, Appellant.— Judgment and orders affirmed, with costs. All concurred.

* Gen. Rules Pr. rule 41.— [REP.